United States Courts
Southern District of Texas
FILED

*September 03, 2025*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 4:25-cr-0459** |
| | § | **MAGISTRATE NO. H-25-MJ-360** |
| **GUSTAVO ENRIQUE JIMENEZ** | § | |

## INDICTMENT

The United States Grand Jury charges:

### COUNT ONE
### Fraud in the Procurement of Citizenship, 18 U.S.C. § 1425(b)

From on or about August 22, 2016, until on or about April 26, 2017, in the

Houston Division of the Southern District of Texas and elsewhere,

**GUSTAVO ENRIQUE JIMENEZ,**

Defendant herein, did knowingly procure and obtain naturalization and citizenship

for himself to which he was not entitled, to wit: when asked whether he had

committed any crime for which he had not been arrested since his interview, the

Defendant answered "No" and failed to reveal that he had committed the crime of

possession with intent to distribute 5 kilograms or more of cocaine on or about

March 2, 2017, and the Defendant did not reveal the this crime when interviewed by

United States Citizenship and Immigration Services or on his questionnaire

completed on April 26, 2017, so that the Defendant was, therefore, ineligible to be admitted to citizenship since he was unable to establish good moral character because he has given false testimony for the purpose of obtaining a benefit under the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1425(b).

TRUE BILL:

Original Signature on File
_____
FOREPERSON OF THE GRAND JURY

NICOLAS J. GANJEI
United States Attorney

_____
JAY HILEMAN
Assistant United States Attorney