**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VERSUS | § | CRIMINAL 4:25-CR459 |
| | § | |
| GUSTAVO JIMENEZ | § | |

**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Gustavo Jimenez, Defendant in the above cause, moves this Honorable Court to continue this case for 60 days. Defendant states the following:

I.

This case is set for pretrial conference on February 2, 2026.  The Government has provided Counsel for the Defendant with discovery.  In an effort to resolve the central issue in this case, Counsel for the Defendant is attempting to consult with the United States Department of Homeland Security. Currently, the needed government agent is not available.  A brief continuance is needed to resolve this final issue.

II.

Counsel for Mr. Jimenez conferenced AUSA Jay Hileman.  The Government is not opposed to this motion.

WHEREFORE PREMISES CONSIDERED, defendant Gustavo Jimenez respectfully requests This Honorable Court to continue this case for a period of 60 days.

_____
Ron Johnson
TBN 10787700
Attorney for the Defendant
3100 Timmons Ave 210
Houston, Texas 77027
(713) 248-6864